# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Charles A. Rippy-Bey, The Noble Moors of the "Bey" And "El" Tribes, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:13-cv-00040-RJC |
| vs. | ) ) | |
| State of North Carolina, Roy Cooper, et al, | ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 17, 2013 Order.

May 17, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court