**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:13-cv-40-RJC**

| | |
|---|---|
| CHARLES A. RIPPY-BEY, ) | |
| THE NOBLE MOORS OF ) | |
| THE "BEY" AND "EL" TRIBES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ROY COOPER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's motion for reconsideration of the Order of dismissal which was filed on May 17, 2013. (Doc. No. 7). In the Order of dismissal, the Court found that Plaintiff's claims for relief were barred by Heck v. Humphrey, 512 U.S. 477 (1994), and Preiser v. Rodriguez, 411 U.S. 475 (1973). Plaintiff did not appeal from this Order. Instead, he waited nearly a year to file the present motion for reconsideration. The Court finds that Plaintiff has failed to establish any claim that this Court's Order should be set aside or amended. Accordingly, the Court will deny Plaintiff's motion to amend for the reasons stated in the Court's Order of dismissal.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion for reconsideration is **DENIED.** (Doc. No. 9).

Signed: May 21, 2014

Robert J. Conrad, Jr.
United States District Judge